UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-221-BO

| | |
|---|---|
| BRANDON HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAN W. FRIIS, II and CITY OF ) | |
| JACKSONVILLE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on *pro se* plaintiff's failure to file a notice of self-representation within twenty-one days of the Court's order dated August 17, 2018. In that order, the Court granted plaintiff's counsel permission to withdraw and ordered plaintiff to "file a notice of self-representation or cause new counsel to file a notice of appearance" within twenty-one days. [DE 19]. That order informed plaintiff that the failure to comply could result in sanctions, "including but not limited to dismissal or default judgment." *Id.* "If the plaintiff fails to prosecute or to comply with these rules or a court order," his action may be dismissed. Fed. R. Civ. P. 41(b). While *pro se* litigants "are entitled to some deference from courts," they remain "subject to the time requirements and respect for court orders without which effective judicial administration would be impossible." *Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989). Thus, plaintiff's complaint is dismissed, without prejudice, for failure to prosecute.

SO ORDERED, this 22 day of October, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE