UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RYAN HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:17-CV-221-BO** |
| ) | |
| JAN WILLARD FRIIS, III and CITY OF ) | |
| JACKSONVILLE, NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint is dismissed, without prejudice, for failure to prosecute.

**This Judgment Filed and Entered on October 22, 2018, and Copies To:**

| | |
|---|---|
| Brian E. Edes | (via CM/ECF electronic notification) |
| Brandon Ryan Henry | (Sent to 161 Clusters Circle Mooresville, NC 28117 via US Mail) |

DATE:  PETER A. MOORE, JR., CLERK

October 22, 2018  (By) /s/ Nicole Sellers

Deputy Clerk